**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiffs*
Our File No.: 111897

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICOLE CHARLESTON and ANITA HARLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL CREDIT SERVICES LLC, <br><br> Defendant. | Docket No: 2:16-cv-05808-LDW-AYS <br><br><br> **NOTICE OF SETTLEMENT** |

Now comes the Plaintiffs NICOLE CHARLESTON and ANITA HARLEY by and through

counsel, to provide notice to the Court that the present cause has been settled between the parties,

and state:

1.  A settlement agreement ("Agreement") is in the process of being finalized. Once the

    Agreement is fully executed, and Plaintiffs have received the consideration required pursuant

    to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice*

    pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the

    case be dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and

    conferences.

1

3.  We respectfully request the Court provide that the parties may seek to reopen the matter

for forty-five (45) days to assure that the Agreement is executed and that the settlement

funds have cleared.

DATED: November 22, 2016

**BARSHAY SANDERS, PLLC**

By: */s David M. Barshay*
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiffs*
Our File No.: 111897

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

2