UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE CHARLESTON AND ANITA HARLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CREDIT SERVICES LLC,<br><br>Defendant. | Docket No: 2:16-cv-05808-LDW-AYS |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff NICOLE CHARLESTON AND ANITA HARLEY, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice.

DATED: December 27, 2016

        **BARSHAY SANDERS, PLLC**
        By: /s Craig B. Sanders
        Craig B. Sanders
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel: (516) 203-7600
        *Attorneys for Plaintiff*
        Our File No.: 111897