UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE CHARLESTON AND ANITA HARLEY, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL CREDIT SERVICES LLC, <br><br> Defendant. | Docket No: 2:16-cv-05808-LDW-AYS <br><br> **FILED** <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br><br> ★ JAN 03 2017 ★ <br><br> LONG ISLAND OFFICE |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff NICOLE CHARLESTON AND ANITA HARLEY, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice.

DATED: December 27, 2016

BARSHAY SANDERS, PLLC
By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 111897

So Ordered. The case is closed

/s/ Leonard D. Wexler

LEONARD D. WEXLER, U.S.D.J. 1/3/17

BARSHAY | SANDERS, PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530